ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)

Neal S. Salisian,Esq | SBN: 240277
SALISIAN LLP
550 S Hope St. 750 Los Angeles, CA 90071
TELEPHONE NO.: (213) 622-9100 | FAX NO. | E-MAIL ADDRESS *(Optional)*: neal.salisian@salisianllp.com

ATTORNEY FOR *(Name)*: Plaintiff: AMERIS BANK d/b/a BALBOA CAPITAL CORPORATION

FOR COURT USE ONLY

**POS-010**

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 411 WEST 4TH STREET, ROOM1053
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: SOUTHERN DIVISION

PLAINTIFF/PETITIONER: AMERIS BANK, a Georgia statechartered banking corporation, doing business as BALBOA CAPITAL CORPORATION
DEFENDANT/RESPONDENT: TOTAL AUTO MOVERS INC., a Kentucky corporation; and ABDALLAH ADDARRAT, an individual

CASE NUMBER: 8:26-cv-02829-DOC-RAO

Ref. No. or File No.: 443-365

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **Civil Cover Sheet; Notice to Parties of Court-Directed ADR Program; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Summons in a Civil Action**
3. a. Party served *(specify name of party as shown on documents served)*:
   **ABDALLAH ADDARRAT, an individual**
   **Age: 50 | Weight: 175 | Hair: Bald | Sex: Male | Height: 6'2 | Race: Middle Eastern**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **3105 Cottontail Ln
   Lexington, KY 40503-2795**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10/5/2026** (2) at *(time)*: **6:52 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| PLAINTIFF/PETITIONER: | AMERIS BANK, a Georgia statechartered banking corporation, doing business as BALBOA CAPITAL CORPORATION | CASE NUMBER: 8:26-cv-02829-DOC-RAO |
| DEFENDANT/RESPONDENT: | TOTAL AUTO MOVERS INC., a Kentucky corporation; and ABDALLAH ADDARRAT, an individual | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: **Brian Wright - Nationwide Legal, LLC REG: 12-234648**
b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
c. Telephone number: **(213) 249-9999**
d. **The fee** for service was: **$ 254.70**
e. I am:

(1) ☑ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☐ registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.:
(iii) County:

**8.** ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/12/2026**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

**Brian Wright**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)