NEAL S. SALISIAN, SBN 240277
neal.salisian@salisianllp.com
JARED T. DENSEN, SBN 325164
jared.densen@salisianllp.com
PATTY W. CHEN, SBN 322992
patty.chen@salisianllp.com
**SALISIAN LLP**
550 South Hope Street, Suite 750
Los Angeles, California 90071-2686
Telephone: (213) 622-9100
Facsimile: (800) 622-9145

MICHELLE A. CHIONGSON (SBN 221740)
michelle.chiongson@amerisbank.com
**AMERIS BANK**
575 Anton Boulevard, Suite 1080
Costa Mesa, California 92626
Tel: (949) 399-6303

Attorneys for Plaintiff
AMERIS BANK d/b/a BALBOA CAPITAL CORPORATION

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL AUTO MOVERS INC., a Kentucky corporation; and ABDALLAH ADDARRAT, an individual,<br><br>Defendants. | Case No.: 8:26-cv-02829-DOC-RAO<br><br>[Assigned to the Hon. David O. Carter]<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: September 24, 2026 |

# PROOF OF SERVICE
**CACD Case No. 8:26-cv-02829-DOC-RAO**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 750, Los Angeles, California 90071. My electronic service address is: eddie.jimenez@salisianllp.com.

On October 12, 2026, I caused the foregoing document(s) described as **INITIAL STANDING ORDER** to be served on the interested parties in this action as follows:

| | |
|---|---|
| Michelle A. Chiongson<br>AMERIS BANK<br>575 Anton Blvd., Suite 1080<br>Costa Mesa, CA 92626<br>Telephone:(949) 399-6303<br>Email:michelle.chiongson@amerisbank.com | *Attorneys for Plaintiff*<br>AMERIS BANK d/b/a BALBOA CAPITAL CORPORATION |
| Total Auto Movers, Inc.<br>Registered Agent: Abdallah Addarrat<br>3105 Cottontail Ln<br>Lexington, KY 40503-2795 | *Defendant*<br>TOTAL AUTO MOVERS, INC. |
| Abdallah Addarrat<br>3105 Cottontail Ln<br>Lexington, KY 40503-2795 | *Defendant*<br>ABDALLAH ADDARRAT |

__X__ **VIA EMAIL (As to Plaintiff Only)**

Based on a Court rule or order, and/or agreement to accept service by electronic transmission, I caused the document to be sent to the email address of the person(s) indicated on the service list, which I am informed and believe is the current email address for such person(s). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**_X_ VIA U.S. MAIL (As to Defendants Only)**

Following ordinary business practices, I placed the document for collection and mailing at my business address listed on the service list, in a sealed envelope, postage fully prepaid, addressed to the person(s) at the address I am informed and believe is the current address for such person(s). I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, such correspondence is deposited with the United States Postal Service on the day on which it is placed for collection and mailing at the business.

**_X_ FEDERAL**

I declare under penalty of perjury under the laws of the United States of America that the on the service list is true and correct. Executed on October 12, 2026, at Los Angeles, California.

Eduardo J.

Eduardo Jimenez